# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 1142

VERSUS

COLUMBUS CHRIS WILLIAMS

**FEBRUARY 10, 2025**

---

In Re:    Columbus Chris Williams, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 04-FELY-423851.

---

**BEFORE:    PENZATO, STROMBERG, AND CALLOWAY,[1] JJ.**

**WRIT DENIED.** This application appears to be a motion for production of documents filed with this court in the first instance. Relator must first seek relief in the district court.

**AHP**

**TPS**

**Calloway, J.,** dissents and would grant the application for the sole purpose of transferring the Motion for Production of Documents to the district court for its consideration.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Calloway, J.,** serving as judge *pro tempore* of the Court of Appeal, First Circuit, by special appointment of the Louisiana Supreme Court.